UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>Plaintiff,<br><br>v.<br><br>KELLEY SANTORO, et al.,<br><br>Defendants. | No. 1:21-cv-01168 GSA (PC)<br><br>ORDER DENYING PLANTIFF'S "MOTION OF DEMURER" AS IMPROPERLY FILED<br><br>(ECF No. 10) |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a document which states, in part, that it is a "motion of demurer." ECF No. 10 at 1. For the reasons stated below, the motion will be denied as improperly filed.

I.   PLAINTIFF'S MOTION

In the instant motion, Plaintiff writes verbatim in relevant part, "Changed objection to motion of demurer do to Bill Polley is still a millionnair with insurance coverage retired so all cass's couldn't get overturned, corruption." Id. at 2. Thereafter, the filing provides no other clarification of this statement, nor does it indicate why Plaintiff has filed it. See generally ECF No. 10.

II.    DISCUSSION

Federal Rule of Civil Procedure 7(b) describes the types of motions and other papers that may be filed with the Court. It states that motions must "state with particularity the grounds for seeking the order" and that they must "state the relief sought." Fed. R. Civ. P. 7(b)(1)(B)-(C).

Plaintiff's "motion" makes no sense. It has no ties to anything else filed in this case (but may have reference to other cases Plaintiff has filed in this Court-- for example, 21-cv-01107 and 24-cv-00713)-- nor does it follow the Rule 7 guidelines regarding what a filed motion should contain. For these reasons, it will be denied as improperly filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's "motion for demurer" docketed August 2, 2024 (ECF No. 10), is DISREGARDED as IMPROPERLY FILED. See Fed. R. Civ. P. 7(b)(1)(B)-(C).

IT IS SO ORDERED.

Dated:  **March 27, 2025**                /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE